**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose De Jesus CONTRERAS,**
**Defendant–Appellant.**

No. 00–10032.
D.C. No. CR 97–00564–RCC.

United States Court of Appeals,
Ninth Circuit.

Submitted April 9, 2001.*

Decided April 20, 2001.

Before CANBY, KOZINSKI, and RYMER, Circuit Judges.

MEMORANDUM **

Jose de Jesus Contreras appeals his jury conviction and 120–month sentence for conspiracy to possess, and possession with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(viii). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Contreras argues for the first time on appeal that his indictment fails to allege a specific quantity of drugs, and is therefore in contravention of the Supreme Court's decision in *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). This argument is without merit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Contreras' sentence does not run afoul of *Apprendi* because it falls substantially below the statutory maximum applicable where an indictment fails to state any amount of narcotics involved. *See* 21 U.S.C. § 841(b)(1)(C) (prescribing not more than twenty years for distribution of a detectable amount of a schedule II narcotic, including methamphetamine); *see also United States v. Garcia–Guizar,* 234 F.3d 483, 488–89 (9th Cir.2000) (holding that *Apprendi* does not require reversal when defendant's sentence is less than the statutory maximum for the offense).

AFFIRMED.

---

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.